**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC,<br><br>Plaintiff,<br>v.<br><br>PONDEROSA FAMILY CARE PLLC; and ALAN MICHELS, M.D.,<br><br>Defendants. | Case No. 4:26-cv-01259-O |

**UNOPPOSED MOTION FOR WITHDRAWAL & SUBSTITUTION OF COUNSEL**

Plaintiff Legacy Medical Consultants, LP, successor in interest to Legacy Medical Consultants, LLC ("Legacy" or "Plaintiff"), notifies the Court that it wishes to substitute counsel.

Gregory J. Moore wishes to withdraw as counsel for Plaintiff. Mr. Moore is obtaining admission for the United States District Court for the Northern District of Texas. Megan A. Altobelli will remain as counsel for Plaintiff and is hereby designated as lead counsel. The contact information for Plaintiff's counsel is:

**Megan A. Altobelli** (Lead Counsel)
Texas Bar No. 24107116
megan.altobelli@blankrome.com
**BLANK ROME LLP**
200 Cresent Court, Suite 1000
Dallas, Texas 75201
(972) 850-1450 Office
(972) 850-1467 M. Altobelli Direct

Counsel for the defendant is unopposed to this motion and the requested relief. The substitution will not cause delay or prejudice.

For these reasons, Plaintiff asks that the Court order the substitution of counsel set forth in this motion. Plaintiff also asks for all other relief to which it is entitled.

Dated: October 8, 2026

Respectfully submitted,

**BLANK ROME LLP**

*/s/ Megan A. Altobelli*
Megan A. Altobelli
Texas Bar No. 24107116
200 Crescent Court, Suite 1000
Dallas, Texas 75201
(972) 850-1450 Main
(972) 850-1467 M. Altobelli Direct
Megan.Altobelli@BlankRome.com

*Counsel for Plaintiff,*
*Legacy Medical Consultants, LP*

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel of record for Defendants on October 7, 2026, regarding the motion and requested relief. Counsel is unopposed to the motion and substitution.

*/s/ Megan A. Altobelli*
Megan A. Altobelli

## CERTIFICATE OF SERVICE

I certify that on October 8, 2026, I electronically filed and served the foregoing document on all parties and counsel of record consenting to electronic service notifications via the Court's CM/ECF system in accordance with Fed. R. Civ. P. 5(b)(2).

*/s/ Megan A. Altobelli*
Megan A. Altobelli