**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC,

Plaintiff,

v.

PONDEROSA FAMILY CARE PLLC; and ALAN MICHELS, M.D.,

Defendants.

Case No. 4:26-cv-01259-O

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW**
**& SUBSTITUTION OF COUNSEL**

On this day the Court considered Plaintiff Legacy Medical Consultants, LP's, Successor in Interest to Legacy Medical Consultants, LLC ("Legacy" or "Plaintiff"), Unopposed Motion for Withdrawal and Substitution of Counsel. After reviewing the motion, pleadings on file with this Court, and responses, if any, the Court finds the motion is well taken and should be **GRANTED**.

It is therefore **ORDERED** that Gregory J. Moore is hereby withdrawn as counsel for Plaintiff and Megan A. Altobelli is hereby substituted as lead counsel for Plaintiff.

**IT IS SO ORDERED.**

Dated: ____________________

______________________________
REED O'CONNOR
Chief United States District Judge