**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **LEGACY MEDICAL CONSULTANTS, LP** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-CV-01259-O** |
| | § | |
| **PONDEROSA FAMILY CARE PLLC, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Withdraw and Substitute Counsel (ECF No. 5) filed on October 8, 2026. The Court, having reviewed the Motion, is of the opinion that the Motion should be and is hereby **GRANTED**.

It is therefore ordered that Attorney George J. Moore is **WITHDRAWN** as counsel of record in the matter and that **Megan A. Altobelli**, whose contact information is below, will **SUBSTITUTE** as lead counsel of record for Plaintiff in this matter.

Megan A. Altobelli
Blank Rome LLP
200 Cresent Court, Suite 1000
Dallas, Texas 75201
Office Tel.: (972) 850-1450
megan.altobelli@bankrome.com

**SO ORDERED** on this **9th day** of **October, 2026**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE