**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **LEGACY MEDICAL CONSULTANTS, LP** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-CV-01259-O** |
| | § | |
| **PONDEROSA FAMILY CARE PLLC, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

In exercise of its inherent authority to manage its docket "with a view toward the efficient and expedient resolution of cases," *Dietz v. Bouldin*, 579 U.S. 40, 47 (2016), the Court **ORDERS** Plaintiff to file a motion for default judgment under Federal Rule of Civil Procedure 55 **within 14 days of this Order**. Defendants did not Answer in State Court, *see* ECF No. 1-3, and under Federal Rule of Civil Procedure 81(c)(2), Defendant failed to file a timely responsive pleading in this Court after removal. If necessary, and pursuant to Federal Rule of Civil Procedure 41(b), the Court will dismiss the Complaint without prejudice if no such motion is filed.

**SO ORDERED** this **13th day** of **October, 2026**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE